NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002084
04-SEP-2014
08:25 AM**

NO. CAAP-13-0002084

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LOTTIE TAGUPA, Plaintiff-Appellant, v.
VIPDESK, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3RC12-1-297H)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order filed August 12, 2014 in the above case is corrected as follows:

The portion of the caption that reads "(CIVIL NO. 3FC12-1-297H)" shall read "(CIVIL NO. 3RC12-1-297H)".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 4, 2014.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding J., Fujise and Reifurth, JJ.